# DEBT CLAIM CASE CITATION

## CAUSE NO. DC225-067

| | | |
|---|---|---|
| **EZMAX LOANS** (PLAINTIFF) | X | IN THE JUSTICE COURT |
| VS. | X | PRECINCT TWO |
| **GERARDO ALANIZ** (DEFENDANT) | X | VICTORIA COUNTY, TEXAS |

**THE STATE OF TEXAS TO:**

GERARDO ALANIZ
400 W. VETERANS BLVD.
PALMVIEW, TEXAS 78572

DEFENDANT, in the hereinafter-styled and numbered cause:

You have been sued. You may employ an attorney to help you in defending against this lawsuit. But you are not required to employ an attorney. You or your attorney must file an answer with the court. Your answer is due by the end of the 14th day after the day you were served with these papers. If the 14th day is a Saturday, Sunday, or legal holiday, your answer is due by the end of the first day following the 14th day that is not a Saturday, Sunday, or legal holiday. Do not ignore these papers. If you do not file an answer by the due date, a default judgment may be taken against you. For further information, consult Part V of the Texas Rules of Civil Procedure, which is available online and also at the court listed on this citation.

This Citation is issued pursuant to a Petition filed by the above-named *plaintiff on* February 19, 2025.

The Plaintiff's name and address is: EZMax Loans, 1214 E. Mockingbird, Victoria, Texas 77904. Phone: (361) 573-5626

Your answer may be filed with this court, located at 4407 Lilac Ln., Victoria, Texas 77901.

Issued this 19th day of February, 2025.

*[signature]*
RODNEY F. DURHAM
Justice of the Peace
Precinct No. Two, Victoria County, Texas
(361) 575-0012

# DEBT CLAIM CASE CITATION

## CAUSE NO. DC225-067

### RETURN OF SERVICE

Having received the Citation in the above case with the Petition attached on _____, 2025 at __:___. M., I attempted service in the following manner:

**DATES and MANNER OF ATTEMPTED SERVICE**

| DATE OF ATTEMPT FAILURE TO SERVE | ADDRESS | DILIGENCE AND CAUSE OF |
|---|---|---|
| | | |
| | | |

The Citation was **EXECUTED** on FEBRUARY, 21, 2025 AT 8:30 A.M.,

☐ by delivering a copy of the Citation together with a copy of the Petition to: <u>GERARDO ALANIZ</u>, the defendant, or by mailing a copy of the Citation together with a copy of the Petition by ☑ certified mail or ☐ registered mail, return receipt requested (copy of receipt attached).

TO CERTIFY WHICH WITNESS MY HAND OFFICIALLY.

BY: _____
Cynthia Pena, Court Clerk
Victoria County, Texas

Fee: $17.50 (PAID)

**ON: DEBT CLAIM CASE**

CASE NO. DC225-067

**FILED FEB 19 2025**

In the Justice Court, Precinct 2, Victoria County, Texas
Justice of the Peace Pct. Two
Victoria County, Texas

**PLAINTIFF:** EZMax Loans

VS.

**DEFENDANT(S):** Gerardo Alaniz
Defendant(s) contact info: City of Palmview Fire Dept.; 400 W. Veterans Blvd.; Palmview, Texas 8574.

**COMPLAINT:** Defendant accepted a loan (loan number 40214) from Plaintiff on 10/02/2023 4:32:27 PM in the amount of $400.00 and it was a refinance of a previous loan for a total balance of $1,821.97. Defendant made one payment on this loan. Furthermore, when Plaintiff attempted to process Defendant's pre-authorized and scheduled payment on 11/20/2023 via ACH from Defendant's pre-autrhoriuzed checking account that payment was returned unpaid with the error code of R02 (Closed Account). Additionally Plaintiff's attempts to receive payments from Defendant (since via his pre-authorized debit card have been returned unpaid with the error message of "Do Not Honor indicating he is turning off his card to prevent the scheduled payment(s) from going through.

**SERVICE OF CITATION:** Service is requested on defendants by Certified First Class United States Postage Return Receipt Requested by the Clerk of this Court to Gerardo Alaniz at City of Palmview Fire Dept.; 400 W. Veterans Blvd.; Palmview, Texas 8574.

**ADDITIONAL INFORMATION (CASE BASED ON CREDIT CARD, REVOLVING ACCOUNT, OR OPEN ACCOUNT):**
Account/Credit Card Name: _____  Account Number: _____

Date of Issue/Origination: _____  Date of Charge-Off/Breach: _____  Amount Owed $_____ as of _____

**ADDITIONAL INFORMATION (CASE BASED ON PROMISSORY NOTE OR OTHER PERSONAL OR BUSINESS LOAN)**
Date/Amount of Original Loan: 10/02/2023 -/- $1,821.97   Loan Number 40214   Repayment Accelerated: Yes  Date Final Payment Due: 2/09/2024  Amount Due on Final Payment Date $182.17  Amount Due: $1,556.94 as of 2/18/2025

**ONGOING INTEREST:** Plaintiff does not seek ongoing interest.

**ASSIGNMENT OF CLAIM:** Plaintiff was not assigned or otherwise transferred this claim.

[X] If you wish to give your consent for the answer and any other motions or pleadings to be sent to your email address, please check this box, and provide your valid email address: kevinl@ezmaxlegal.com.

_____
Petitioner's Printed Name

Kevin C Loudon
Digitally signed by Kevin C Loudon
Date: 2025.02.18 13:38:58 -06'00'
Signature of Plaintiff or Attorney

1214 E Mockingbird
Address of Plaintiff's Attorney, if any, or of Plaintiff

**DEFENDANT(S) INFORMATION** (if known): Plaintiff i*DATE OF BIRTH: 2/02/1979
*LAST 3 NUMBERS OF DRIVER LICENSE: 081
*LAST 3 NUMBERS OF SOCIAL SECURITY: 395
DEFENDANT'S PHONE NUMBER: 956-624-3905

-Victoria      TX      77904
City           State    Zip

(361) 573-5626 Telephone;
Phone & Fax No. of Plaintiff's Attorney, if any, or Plaintiff if none