UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | McAllen | Case Number | 24-70028 |
|---|---|---|---|
| | Gerardo M Alnaiz | | |
| | *versus* | | |
| | | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Mr. Kevin C Loudon<br>EZMax Legal, P.L.L.C.<br>1214 E Mockingbird<br>361-573-5626---kevinl@ezmaxlegal.com<br>Texas 24049812 |
|---|---|

| Name of party applicant seeks to appear for: | EZMax Loans |
|---|---|

| Has applicant been sanctioned by any bar association or court? Yes ✓  No _____ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated:  3/4/2025 | Signed: | Kevin C Loudon |
|---|---|---|

| The state bar reports that the applicant's status is: | |
|---|---|
| Dated: | Clerk's signature |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                                                                United States District Judge

```
United States District Court
Southern District of Texas
         FILED
      MAR 1 2 2025
   Nathan Ochsner, Clerk
```

## CAPT. KEVIN C. LOUDON

**Eligible to Practice in Texas**

### MAX MONEY ENTERPRISES INC

*Bar Card Number:* 24049812
*TX License Date:* 09/08/2005

*Primary Practice Location:* Victoria , Texas

*1214 E Mockingbird Ln*
*Victoria, TX 77904-2141*

### CONTACT INFORMATION

Tel: 361-573-5626 📞

*Practice Areas:* Administrative and Public, Business, Consumer, Creditor-Debtor, Health Care, Insurance, Labor-Employment, Litigation: Personal Injury, Wills-Trusts-Probate, Appellate: Civil

*Statutory Profile Last Certified On:* 11/30/2020

### PRACTICE INFORMATION

*Firm:* Max Money Enterprises Inc

*Firm Size:* Solo

*Occupation:* In-House/Corporate Counsel

*Practice Areas: Administrative and Public, Business, Consumer, Creditor-Debtor, Health Care, Insurance, Labor-Employment, Litigation: Personal Injury, Wills-Trusts-Probate, Appellate: Civil*

*Services Provided:*
Deaf/Hard of Hearing Translation: Not Specified
ADA-accessible client service: Not Specified
Language translation: Not Specified

*Fee Options Provided:* ❓
None Reported By Attorney

### COURTS OF ADMITTANCE

*Federal:*
None Reported By Attorney

*Other Courts:*
None Reported By Attorney

*Other States Licensed:*
None Reported By Attorney

*Please note: This information is self-reported by Texas attorneys. Current license or admittance status can only be certified by the appropriate court or licensing entity.*

*Please note:* Not all payment options are available for all cases, and any payment arrangement must be agreed upon by the attorney and his/her client. The State Bar of Texas is not responsible for payment arrangements between an attorney and his/her client.

**Foreign Language Assistance:**
None Reported By Attorney

## LAW SCHOOL

**School**
**Degree earned**

St. Mary's University
**Graduation Date**    05/2000

## PUBLIC DISCIPLINARY HISTORY

### State Bar of Texas

| Sanction | Entry date |
| --- | --- |
| Fully Probated Suspension | 11/15/11 |
| *(Start-End)* **Sanction** | |
| *(Start-End)* **Sanction**   11/19/15 - 02/18/18 | |
| Fully Probated Suspension | 08/31/11 |
| *(Start-End)* **Sanction** | |
| *(Start-End)* **Sanction**   11/20/13 - 11/19/15 | |
| Partially Probated Suspension | 11/10/10 |
| *(Start-End)* **Sanction**   11/20/10 - 01/19/11 | |
| *(Start-End)* **Sanction**   01/19/11 - 11/19/13 | |
| Partially Probated Suspension | 09/14/10 |
| *(Start-End)* **Sanction**   08/20/10 - 11/20/10 | |
| *(Start-End)* **Sanction**   11/20/10 - 08/20/12 | |
| Partially Probated Suspension | 09/10/10 |
| *(Start-End)* **Sanction**   08/20/10 - 11/20/10 | |
| *(Start-End)* | |

**Sanction**

**Entry date**

**Sanction**  11/20/10 - 08/20/12

**Other States**
None Reported By Attorney

Sanctions that indicate a judgment is on appeal are still in effect but are not final and subject to change. To request a copy of a disciplinary judgment that is not available online or for more information about a specific disciplinary sanction listed above, please contact the Office of the chief Disciplinary Counsel at (877) 953-5535.

The Texas Attorney Profile provides basic information about Attorneys licensed to practice in Texas. Attorney profile information is provided as a public service by the State Bar of Texas as outlined in Section 81.115 of the Texas Government Code. The information contained herein is provided "as is" with no warranty of any kind, express or implied. Neither the State Bar of Texas, nor its Board of Directors, nor any employee thereof may be held responsible for the accuracy of the data. Much of the information has been provided by the attorney and is required to be reviewed and updated by the attorney annually. The information noted with an asterisk (*) is provided by the State Bar of Texas. Access to this site is authorized for public use only. Any unauthorized use of this system is subject to both civil and criminal penalties. This does not constitute a certified lawyer referral service.

I was admonished by michael M Pabor, San Antonio Division for improperly (but errantly) completed motion and order for Pro Hac Vitae - in Case number 23-5055-MMP.